| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| 2 | PPreovolos@mofo.com |
|   | GRANT C. SCHRADER (CA SBN 273498) |
| 3 | GSchrader@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 5 | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendants
CPA GLOBAL NORTH AMERICA, LLC, AND CPA GLOBAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated, | Case No. 3:16-cv-03662-~~LB~~ JST |
| Plaintiff, | **STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER AND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

STIP. RE: MOT. TO TRANSFER SCHEDULE & EXT. TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 3:16-cv-03662-LB
sf-3686993

1   Pursuant to Local Rules 6-1 and 6-2, plaintiff Run Them Sweet, LLC ("Plaintiff"), and
2   defendants CPA Global North America, LLC, and CPA Global Limited (collectively,
3   "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:
4   WHEREAS, Plaintiff filed its Complaint in this case on June 29, 2016;
5   WHEREAS, pursuant to the parties' July 20, 2016 stipulation (Dkt. 12), Defendants'
6   current deadline to respond to the Complaint is September 6, 2016;
7   WHEREAS, on August 18, 2016, Defendants filed a motion to transfer this action to the
8   Eastern District of Virginia (Dkt. 20);
9   WHEREAS, Plaintiff's deadline to respond to Defendants' motion to transfer is
10  September 1, 2016, Defendants' reply deadline is September 8, 2016, and the hearing on the
11  motion is set for September 29, 2016, at 2 p.m. (Dkt. 21);
12  WHEREAS, to accommodate the parties' schedules and provide sufficient time to
13  evaluate the venue issues presented by the motion to transfer, the parties have agreed on a revised
14  briefing schedule on Defendants' motion to transfer;
15  WHEREAS, in order to promote the most efficient use of the Court's and the parties'
16  resources, the parties have further agreed to extend Defendant's deadline to respond to the
17  Complaint until 30 days after the Court resolves Defendants' motion to transfer,
18  WHEREAS, the July 20 stipulation to extend the time to respond to the Complaint (Dkt.
19  12) is the only previous modification of the deadlines in this case;
20  WHEREAS, this stipulated extension does not affect any other existing date or deadline;
21  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that:
22  1. Plaintiff's time to respond to the motion to transfer is extended to September 8,
23     2016, and Defendants' time to file any reply papers on the motion to transfer is
24     extended to September 22, 2016.
25  2. The hearing on the motion to transfer shall remain September 29, 2016, at 2 p.m.,
26     or as soon thereafter as the Court may hear the motion.
27  3. Defendants' deadline to answer or otherwise respond to the Complaint is extended
28     until 30 days after the Court's order on the motion to transfer.

STIP. RE: MOT. TO TRANSFER SCHEDULE & EXT. TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 3:16-cv-03662-LB
sf-3686993

1

| | | |
|---|---|---|
| 1 | Dated: August 24, 2016 | PENELOPE PREOVOLOS |
| 2 | | GRANT C. SCHRADER |
| | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ Grant C. Schrader |
| 5 | | Grant C. Schrader |
| 6 | | Attorneys for Defendant |
| | | CPA GLOBAL NORTH AMERICA, |
| 7 | | LLC AND CPA GLOBAL LIMITED |
| 8 | Dated: August 24, 2016 | ETHAN J. BROWN |
| | | GEOFFREY A. NERI |
| 9 | | BROWN, NERI, SMITH & KHAN LLP |
| 10 | | |
| 11 | | By: /s/ Geoffrey A. Neri |
| 12 | | Geoffrey A. Neri |
| 13 | | Attorneys for Plaintiff |
| | | RUN THEM SWEET, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2016

Hon. Jon S. Tigar
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIP. RE: MOT. TO TRANSFER SCHEDULE & EXT. TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 3:16-cv-03662-LB
sf-3686993

1