1 | ETHAN J. BROWN (SBN 218814)
ethan@bnsklaw.com
2 | GEOFFREY A. NERI (SBN 258802)
geoff@bnsklaw.com
3 | BROWN, NERI, SMITH & KHAN LLP
11766 Wilshire Blvd., Suite 1670
4 | Los Angeles, CA 90025
Telephone: (310) 593-9890
5 | Facsimile: (310) 593-9980

6 | *Attorneys for Plaintiff*
7 | *Run Them Sweet, LLC*

8 | [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated, | CASE NO. 3:16-cv-03662-JST |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION AND EMAIL ADDRESS** |
| v. | |
| CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   **PLEASE TAKE NOTICE** that effective September 27, 2016, Adam R. Gonnelli,
2   attorney of record for Plaintiff, Run Them Sweet, LLC, has changed firm affiliation and email
3   address. The new contact information for Plaintiff's counsel is as follows:

4
5   Adam R. Gonnelli (admitted *pro hac vice*)
    THE SULTZER LAW GROUP
6   85 Civic Center Plaza, Suite 104
    Poughkeepsie, NY 12601
7   Telephone: (845) 483-7100
    Facsmilie: (888) 749-7747
8   Email: gonnellia@thesultzerlawgroup.com

9   **PLEASE TAKE FURTHER NOTICE** that Adam R. Gonnelli will continue to
10  represent the Plaintiff in the above-captioned matter.

11  Dated: September 27, 2016          Respectfully submitted,

12                                       /s/ Adam R. Gonnelli
13                                      Adam R. Gonnelli
                                        **THE SULTZER LAW GROUP**
14                                      85 Civic Center Plaza, Suite 104
                                        Poughkeepsie, NY 12601
15                                      Telephone: (845) 483-7100
                                        Facsmilie: (888) 749-7747
16                                      Email: gonnellia@thesultzerlawgroup.com

17
                                        Ethan Brown
18                                      Geoffrey A. Neri
                                        **BROWN, NERI, SMITH &KHAN LLP**
19                                      11766 Wilshire Blvd., Suite 1670
                                        Los Angeles, CA 90025
20                                      Telephone: (310) 593-9890
                                        Facsimile: (310) 593-9980
21

22                                      Barbara A. Rohr (SBN 273353)
23                                      **FARUQI & FARUQI, LLP**
                                        10866 Wilshire Boulevard, Suite 1470
24                                      Los Angeles, CA 90024
                                        Telephone: (424) 256-2884
25                                      Facsimile: (424) 256-2885
                                        Email: brohr@faruqilaw.com
26
27
28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) the undersigned certifies that on this date a true and correct copy of the foregoing document, **NOTICE OF CHANGE OF FIRM AFFILIATION AND EMAIL ADDRESS**, will be served upon counsel of record via electronic mail through the Court's CM/ECF system.

Dated:  September 27, 2016        /s/ Adam R. Gonnelli
                                                  Adam R. Gonnelli