1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  GRANT C. SCHRADER (CA SBN 273498)
   GSchrader@mofo.com
3  MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California  94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6
7  Attorneys for Defendants
   CPA GLOBAL NORTH AMERICA, LLC, AND CPA
8  GLOBAL LIMITED

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
13 | RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated, | Case No.   3:16-cv-03662-~~LB~~  JST
14 |  | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER**
15 | Plaintiff, |
16 | v. |
17 | CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company, |
20 | Defendants. |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-03662-JST
sf-3697235

1       Pursuant to Local Rules 6-1 and 6-2, plaintiff Run Them Sweet, LLC ("Plaintiff"), and defendants CPA Global North America, LLC, and CPA Global Limited (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

      WHEREAS, Plaintiff filed its Complaint in this case on June 29, 2016;

      WHEREAS, on August 18, 2016, Defendants filed a motion to transfer this action to the Eastern District of Virginia (Dkt. 20), Plaintiff filed its Opposition on September 8, 2016 (Dkt. 25), and Defendants filed their Reply on September 22, 2016 (Dkt. 26);

      WHEREAS, Defendants' motion to transfer is set for hearing on October 25, 2016 (Dkt. 24);

      WHEREAS, pursuant to the parties' August 24, 2016 stipulation (Dkt. 22), and the Court's order granting the same (Dkt. 23), Defendants' current deadline to respond to the Complaint is 30 days after the Court's order on the motion to transfer;

      WHEREAS, the initial case management conference is scheduled for October 12, 2016 (Dkt. 18);

      WHEREAS, given the pending motion to transfer and Defendants' deadline to respond to the Complaint, the parties believe that continuing the case management conference would promote the most efficient use of the Court's and the parties' resources;

      WHEREAS, there have been two previous modifications of the deadlines in this case (Dkts. 12 & 22);

      WHEREAS, this stipulated extension does not affect any other existing date or deadline;

      IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to this Court's approval, that:

      1. The case management conference scheduled for October 12, 2016 is continued until ~~a date to be determined by the Court after the Court's order on Defendants' motion to transfer.~~ January 4, 2017.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-03662-JST
sf-3697235

1

1  Dated: September 28, 2016         PENELOPE PREOVOLOS
                                     GRANT C. SCHRADER
2                                    MORRISON & FOERSTER LLP

3

4                                    By:   /s/ Grant C. Schrader
                                           Grant C. Schrader
5
                                     Attorneys for Defendant
6                                    CPA GLOBAL NORTH AMERICA,
                                     LLC AND CPA GLOBAL LIMITED
7

8  Dated: September 28, 2016         ETHAN J. BROWN
                                     GEOFFREY A. NERI
9                                    BROWN, NERI, SMITH & KHAN LLP

10

11                                   By:   /s/ Geoffrey A. Neri
                                           Geoffrey A. Neri
12
                                     Attorneys for Plaintiff
13                                   RUN THEM SWEET, LLC

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16
    Dated:       September 28, 2016
17                                         _____
                                           Hon. Jon S. Tigar
18                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-03662-JST                                              1
sf-3697235

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Grant C. Schrader, am the ECF user whose ID and password are being used to file this: |
| 3 | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** |
| 4 | **[PROPOSED] ORDER** |
| 5 | In compliance with Civil Local Rule 5-4.3.4, I hereby attest that Geoffrey A. Neri concurs |
| 6 | in this filing's content and has authorized the filing. |
| 7 | |
| 8 | Dated: September 28, 2016       MORRISON & FOERSTER LLP |
| 9 | |
| 10 | By:   /s/ Grant C. Schrader |
| 11 |          Grant C. Schrader |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-03662-JST
sf-3697235

1

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
GRANT C. SCHRADER (CA SBN 273498)
GSchrader@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants

CPA GLOBAL NORTH AMERICA, LLC, AND CPA GLOBAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   3:16-cv-03662-JST<br><br>**DECLARATION OF GRANT C. SCHRADER IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Grant C. Schrader, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for defendants CPA Global Limited and CPA Global North America, LLC (collectively, "Defendants"). I submit this Declaration in support of the parties' stipulation to continue the case management conference. I make this Declaration based on my personal knowledge and discussions with Plaintiff's counsel, Geoffrey Neri. If called as a witness, I would testify to the facts set forth below.

2. Plaintiff filed its Complaint in this case on June 29, 2016, and served the Complaint on CPA Global North America LLC on July 1, 2016. Defendants' counsel accepted service of the Complaint on behalf of CPA Global Limited on July 18, 2016.

3. On July 20, 2016, the parties stipulated to extend Defendants' deadline to respond to the Complaint until September 6, 2016. (Dkt. 12.)

4. On August 18, 2016, Defendants filed a motion to transfer this action to the Eastern District of Virginia on the basis of a forum-selection clause in the parties' contract and under the *forum non conveniens* factors codified in 28 U.S.C. § 1404(a). (Dkt. 20.)

5. On August 24, 2016, the parties stipulated to a briefing schedule on Defendants' motion to transfer and to extend Defendants' time to respond to the Complaint until 30 days after the Court's order on the motion to transfer. (Dkt. 22.) The Court granted the parties' stipulation the following day. (Dkt. 23.)

6. Plaintiff filed its Opposition to Defendants' motion to transfer on September 8, 2016 (Dkt. 25), and Defendants filed their Reply on September 22, 2016 (Dkt. 26). The motion is set for hearing on October 25. (Dkt. 24.)

7. The initial case management conference is scheduled for October 12, 2016.

8. Given the motion to transfer implicates fundamental issues concerning the proper venue for this case and Defendants have not yet answered the Complaint, the parties have agreed

to continue the case management conference to a date to be determined by the Court after the Court's order on the motion to transfer.

9. There is good cause for this continuance. This Court's adjudication of the motion to transfer may result in this case being heard in front of a different judge, in a different district court, applying different local rules and procedures and potentially a different state's law. It will also necessarily impact the schedule in this case going forward. Thus, continuing the case management conference would promote the most efficient use of the Court's and the parties' resources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on this 28th day of September, 2016.

By:     /s/ Grant C. Schrader
           Grant C. Schrader