IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 16-cv-01347, Case Name Run Them Sweet, LLC v. CPA Global Ltd.
Party Represented by Applicant: Run Them Sweet, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Rowennakete Paul Barnes
Bar Identification Number 302037    State California
Firm Name Brown Neri Smith & Khan, LLP
Firm Phone # (310) 593-9890    Direct Dial # (310) 905-3495    FAX # (310) 593-9980
E-Mail Address kete@bnsklaw.com
Office Mailing Address 11766 Wilshire Blvd., Ste. 1670, Los Angeles, CA 90025

Name(s) of federal court(s) in which I have been admitted 9th Cir. Court of Appeals; U.S. Dist. Courts for C.D. & N.D. Cal.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally; that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    11/28/16 (Date)
GEOFFREY A. NERI (Typed or Printed Name)    72219 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ____ or Exemption Granted ____
The motion for admission is GRANTED __✓__ or DENIED ____

11/29/16 (Date)
/s/
T. S. Ellis, III
United States District Judge
(Judge's Signature)