IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| RUN THEM SWEET, LLC, on behalf of itself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPA GLOBAL LIMITED and CPA GLOBAL NORTH AMERICA LLC,<br><br>Defendants. | Case No. 1:16-cv-01347-TSE-TCB |

**STIPULATION AND CONSENT ORDER
FOR SCHEDULE OF SUPPLEMENTAL BRIEFING AND HEARING DATE ON
PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS
<u>SETTLEMENT AND CERTIFICATION OF THE PROPOSED CLASS</u>**

This matter is before the Court by stipulation and agreement of Plaintiff Run Them Sweet ("RTS") and Defendants CPA Global Limited and CPA Global North America LLC (together, "CPA", and, along with RTS, the "Parties"):

WHEREAS, on May 4, 2017 the Court held a telephonic conference on Plaintiff's unopposed motion for: (i) preliminary approval of a class action settlement; (ii) preliminary certification of the proposed class; and (iii) authorization to distribute notice to the proposed class [Docket No. 88];

WHEREAS, the Court requested supplemental briefing by Friday, May 26th and scheduled a hearing for Friday, June 2nd [Docket No. 95];

WHEREAS, counsel for plaintiffs has an unavoidable schedule conflict on June 2nd;

1

WHEREAS, the Parties require additional time to assemble the supplemental materials requested by the Court;

WHEREAS, the Parties by stipulation and agreement agree to adjourn the hearing for one week until Friday, June 9, 2017 and the supplemental briefing until June 2nd;

WHEREAS, the Parties respectfully request the Court order the revised schedule;

NOW, THEREFORE, upon consideration of the above, and at the request of the Parties, and it appearing proper to do so, this Court **HEREBY ORDERS** as follows:

For good cause shown, the supplemental briefing requested by the Court during the May 4th telephonic conference shall be submitted no later than Friday, June 2, 2017, and the hearing on Plaintiff's motion shall be scheduled for Friday, June 9, 2017.

**IT IS SO ORDERED.**

Alexandria, VA
May 19, 2017

/s/
T. S. Ellis, III
United States District Judge

STIPULATED TO AND AGREED:

Dated: May 18, 2017

/s/
Geoffrey A. Neri, Esq. (VA bar 72291)
Brown Neri Smith & Khan, LLP
11766 Wilshire Blvd., Ste. 1670
Los Angeles, CA 90025
Phone: (310) 593-9890

2

Fax: (310) 593-9980
Geoff@bnsklaw.com

Adam R. Gonnelli, Esq. (*pro hac vice*)
The Sultzer Law Group, PC
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Fax: (888) 749-7747
gonellia@thesultzerlawgroup.com

Innessa S. Melamed, Esq. (*pro hac vice*)
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
imelamed@faruqilaw.com

*Attorneys for Plaintiff*

_____/s/_____
Demme Doufekias
Morrison & Foerster LLP (DC)
200 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
ddoufekias@mofo.com

Penelope Athene Preovolos
Grant C. Schrader
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94015-2482
ppreovolos@mofo.com
gschrader@mofo.com


*Attorneys for Defendants*